PAULETTE L. STEWART
AMANDA L. MYERS
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
Fax: (406) 457-5130
Email: Paulette.stewart@usdoj.gov
          Amanda.myers@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-46-GF-BMM |
| Plaintiff, | SUPERSEDING INDICTMENT |
| vs. | CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES (Count 1) Title 21 U.S.C. § 846 (**Penalty for methamphetamine and fentanyl**: Mandatory minimum ten years to life of imprisonment, $10,000,000 fine, and at least five years of supervised release. **Penalty for cocaine**: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release) |
| MELODY ROSE BERNARD, ASHLEY JOCELYN CORTEZ, and AIRIAN MARIAH RUSSETTE, | |
| Defendants. | |
| | POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES (Count 2) Title 21 U.S.C. § 841(a)(1) Title 18 U.S.C. § 2 (**Penalty for methamphetamine and fentanyl**: Mandatory minimum ten years to life of imprisonment, $10,000,000 fine, and at least five years of supervised release. |

<u>Penalty for cocaine</u>: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release)

**POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (Count 3)**
**Title 18 U.S.C. § 924(c)(1)(A) and § 2**
**(Penalty: Mandatory minimum five years to life of imprisonment, consecutive to any other sentence, $250,000 fine, and five years of supervised release)**

**FALSE STATEMENT DURING FIREARMS TRANSACTION (Count 4)**
**Title 18 U.S.C. § 922(a)(6)**
**(Penalty: 10 years of imprisonment, $250,000 fine, and three years of supervised release)**

**DISTRIBUTION OF OXYCODONE (Count 5)**
**Title 21 U.S.C. § 841(a)**
**Title 18 U.S.C. § 2**
**(Penalty:  20 years of imprisonment, a $1,000,000 fine, and at least three years of supervised release)**

**USE OF A FIREARM IN THE COMMISSION OF A DRUG TRAFFICKING CRIME (Count 6)**
**Title 18 U.S.C. §§ 924(c)(1)(A) and 2**
**(Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years of supervised release)**

**CRIMINAL FORFEITURE**
**21 U.S.C. §§ 853(a) and § 881(a)(11)**
**18 U.S.C. § 924(d)**

**TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS**

THE GRAND JURY CHARGES:

## COUNT 1

That between on or about October 1, 2023, and May 21, 2024, in and near Box Elder, within Hill County and the exterior boundaries of the Rocky Boy's Indian Reservation, in the State and District of Montana, and elsewhere, the defendants, MELODY ROSE BERNARD and ASHLEY JOCELYN CORTEZ, knowingly and unlawfully conspired with each other and others known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine; 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethy])-4-piperidinyl] propanamide, commonly known as "fentanyl;" and a mixture and substance containing a detectable amount of cocaine, all Schedule II controlled substances, in violation of 21 U.S.C. § 846.

## COUNT 2

That between on or about October 1, 2023, and May 21, 2024, in and near Box Elder, within Hill County and the exterior boundaries of the Rocky Boy's Indian Reservation, in the State and District of Montana, and elsewhere, the defendants, MELODY ROSE BERNARD and ASHLEY JOCELYN CORTEZ, knowingly and unlawfully possessed, with the intent to distribute, 500 grams or

more of a mixture and substance containing a detectable amount of methamphetamine, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethy])-4-piperidinyl] propanamide, commonly known as "fentanyl," and a mixture and substance containing a detectable amount of cocaine, all Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1), and aided and abetted the same, in violation of 18 U.S.C. § 2.

## COUNT 3

That between on or about October 1, 2023, and May 21, 2024, at and near Box Elder, within Hill County and the exterior boundaries of the Rocky Boy's Indian Reservation, in the State and District of Montana, and elsewhere, the defendants, MELODY ROSE BERNARD and ASHLEY JOCELYN CORTEZ, knowingly possessed a firearm in furtherance of a drug trafficking crime for which the defendants may be prosecuted in a Court of the United States, namely conspiracy to possess with intent to distribute controlled substances as alleged in Count 1 above, and possession with intent to distribute controlled substances as alleged in Count 2 above, in violation of 18 U.S.C. § 924(c)(1)(A), and aided and abetted the same, in violation of 18 U.S.C. § 2.

## COUNT 4

That on or about March 27, 2024, at Havre, within Hill County, in the State and District of Montana, the defendant, AIRIAN MARIAH RUSSETTE, in

4

connection with the acquisition of two firearms from North 40 Outfitters, a licensed

dealer of firearms within the meaning of Chapter 44, Title 18, United States Code,

knowingly made a false and fictitious written statement to that dealer, which was

intended and likely to deceive North 40 Outfitters as to a fact material to the

lawfulness of such acquisition of the firearm by the defendant, that is, the defendant

represented on ATF Form 4473, Firearms Transaction Record, that she was the

actual transferee/buyer of the firearms listed on the form, in violation of 18 U.S.C.

§ 922(a)(6).

## COUNT 5

That on or about March 27, 2024, at and near Box Elder, within Hill County

and the exterior boundaries of the Rocky Boy's Indian Reservation, in the State and

District of Montana, the defendant, MELODY ROSE BERNARD, knowingly

distributed a substance containing a detectable amount of Oxycodone, a Schedule II

controlled substance, in violation of 21 U.S.C. § 841(a).

## COUNT 6

That on or about March 27, 2024, at and near Box Elder, within Hill County

and the exterior boundaries of the Rocky Boy's Indian Reservation, in the State and

District of Montana, and elsewhere, the defendants, MELODY ROSE BERNARD

and AIRIAN MARIAH RUSSETTE, knowingly used a firearm in the commission

of a drug trafficking crime that may be prosecuted in a Court of the United States,

namely distribution of Oxycodone as alleged in Count 5 above, in violation of 18 U.S.C. § 924(c)(1)(A), and aided and abetted the same, in violation of and 18 U.S.C. § 2.

## FORFEITURE ALLEGATIONS

1. Upon conviction of any offense set forth in Count 1, Count 2, and Count 5 of this indictment, the defendants, MELODY ROSE BERNARD and ASHLEY JOCELYN CORTEZ, shall forfeit, pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; and (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense; and (3) any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment in the commission of said offense.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6

2.    Upon conviction of any offense set forth in Count 3, Count 4, and Count 6 of this indictment, the defendants, MELODY ROSE BERNARD, ASHLEY JOCELYN CORTEZ, and AIRIAN MARIAH RUSSETTE shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.        Foreperson signature redacted.  Original document filed under seal.

JESSE A. LASLOVICH
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney